1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America




IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | S.W. NO. 1:16 SW 00105 SAB |
|---|---|
| ALL FUNDS MAINTAINED IN BANK OF AMERICA, N.A. BANK ACCOUNT NUMBER 3250 2600 6161 FOR SETH DEPIANO SOLE PROPRIETOR DOING BUSINESS AS US FUNDING; | **UNDER SEAL**  ORDER TO SEAL DOCUMENTS |
| ALL FUNDS MAINTAINED IN BANK OF AMERICA, N.A. BANK ACCOUNT NUMBER 3250 2603 0959 FOR SETH DEPIANO; and | |
| ALL FUNDS MAINTAINED IN BANK OF AMERICA, N.A. BANK ACCOUNT NUMBER 3250 3318 0342 FOR THE RENTAL GROUP, WHOSE SOLE AUTHORIZED SIGNOR IS DEPIANO. | |

The United States of America, having applied to this Court for an Order permitting it to file the seizure warrants, applications, and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Jeffrey A. Spivak, under seal, and good cause appearing therefore,

IT IS HEREBY ORDERED that the seizure warrants, applications, and affidavit(s) in the above-entitled proceeding, together with the Application to Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Jeffrey A. Spivak, shall be

1 | filed with the Court, under seal, and shall not be disclosed pending further order of this Court.

2 | Dated: 5/6/16

HON. STANLEY A. BOONE
United States Magistrate Judge